App. Div.] Second Department, December, 1925.

MATHILDA GOLD, an Infant, by Her Guardian ad Litem, BENJAMIN GOLD, Respondent, v. ERNEST WEISSBERGER and Others, Appellants.— Motion to amend notice of appeal by changing the title of the court from Appellate Division to Appellate Term denied, on the ground that the appeal is not properly before this court. Motion to dismiss appeal denied for the reason that it appears that defendants intended to appeal to the Appellate Term. The mistake in the title of the court in which the appeal is taken will undoubtedly be corrected on application to the Appellate Term. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM T. GOLDEN and Others, Respondents, v. MARY GRACE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of ROBERT W. DOUGHTY, an Attorney.— The facts stated in the petition are insufficient to justify action by the court. The alleged charges are made entirely on hearsay and without supporting affidavits. They are denied absolutely by the respondent. We think the proper disposition of the matter is to dismiss these proceedings, without prejudice to the right of the petitioner to bring the charges before us upon proper papers. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of ANGELINA PUGLIESE to Prove the Last Will and Testament of EMANUELA PECORAINO, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARTIN LILKENDEY, Respondent, v. YELLOW TAXI CORPORATION, Appellant. MARTIN LILKENDEY, Respondent, v. YELLOW TAX CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued to permit application to be made to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARKEL-TUCKER-COOK Co., INC., Respondent, v. IDA LEVY and Others, Appellants.— Motion denied on condition that appellants perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CECELIA A. MARKHEIM, Appellant, v. MARYLAND MOTOR CAR INSURANCE COMPANY, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CELIA MOLIVER, Respondent, v. HERBERT BERRI, Appellant.— Motion to vacate order dismissing appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN JACKERSON, Appellant.— Motion to resettle order granted so that it shall state that the judgment was reversed upon the law, this court having examined the facts and found no error therein. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE STEINHARDT, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.